AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| United States of America<br>v. | )<br>)<br>)<br>)<br>)<br>) | Case No.   3:26-cr-00096-AB-01 |
| WESLEY FANT | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    WESLEY FANT                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Providing Contraband in Prison, in violation of Title 18, United States Code, Section 1791(a)(1).


Date:      04/17/2026                                                                    _____
                                                                                        *Issuing officer's signature*

City and state:     Portland, Oregon                          Hon. Jeffrey Armistead, U.S. Magistrate Judge
                                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* O4|28|26 , and the person was arrested on *(date)* O4|28|26 at *(city and state)* _____. |
| Date: O4|29|26                                          _____<br>                                                      *Arresting officer's signature* |
| KARA FISCHER  SPECIAL AGENT<br>*Printed name and title* |