# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00096-AB-4 |
| v. | ORDER TO PARTIALLY UNSEAL CASE |
| WESLEY FANT, DANIEL BARNETT, and BRANDON WHITFIELD, et. al. | |
| **Defendants.** | |

This matter having come before the Court upon motion of Eliza Carmen Rodriguez, Assistant United States Attorney for the District of Oregon, requesting an order to partially unseal the case;

IT IS HEREBY ORDERED, that the case shall be partially unsealed. The government may publicly file a redacted version of the indictment. The indictment and other documents remain under seal unless further ordered by the Court or as justice may require.

Dated: June 8, 2026

_____
HON. STACIE F. BECKERMAN
U.S. Magistrate Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Eliza Carmen Rodriguez*
ELIZA CARMEN RODRIGUEZ, NYSB #5645379
Assistant United States Attorney

**Order to Partially Unseal Case**                                      **Page 1**