FILED 15 APR '26 11:33 USDC-ORP

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:26-cr-_00096_-AB_____ |
| v. | **INDICTMENT** |
| WESLEY FANT, ███████████ | 18 U.S.C. §§ 1791(a)(1) |
| DANIEL BARNETT, and BRANDON WHITFIELD, | |
| Defendants. | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**Count 1**
**(Providing Contraband in Prison)**
**(18 U.S.C. § 1791(a)(1))**

On or about January 21, 2025, in the District of Oregon, defendants **WESLEY FANT,** ███████████████ **and DANIEL BARNETT,** provided, and attempted to provide, a prohibited object, to wit: Synthetic Cannabinoid, a Schedule I controlled substance, eleven cell phones, and various electronic devices, to inmates of FCI Sheridan, a Federal correctional, detention and penal facility.

In violation of Title 18, United States Code, Section 1791(a)(1).

///

///

Indictment                                                                                       Page 1

## Count 2
### (Providing Contraband in Prison)
### (18 U.S.C. § 1791(a)(1))

On or about September 1, 2024, in the District of Oregon, defendants **BRANDON**

**WHITFIELD,** ████████████████ **, and DANIEL BARNETT,** provided a

prohibited object, to wit: Suboxone, a Schedule III controlled substance, to inmates of

FCI Sheridan, a Federal correctional, detention, and penal facility.

In violation of Title 18, United States Code, Section 1791(a)(1).

DATED: April 14, 2026.                    A TRUE BILL.

████████████████████

OFFICIATING PERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

ELIZA CARMEN RODRIGUEZ
Assistant United States Attorney

**Indictment**                                                          **Page 2**